RECEIVED IN
The Court of Appeals
Sixth District

APR 2 0 2015

Texarkana, Texas
Debra Autrey, Clerk

6-04-00196-198-CR

4-4-15

Ms. Autrey,

My name is Randy Jay Hofstetter #0751864 i'm still in the Tarrant County Jail and they have me in a special management Housing and they will not allow me to go and Research in the law library and will not tell me to write a Pro se brief i'm asking for another time extension to file brief thank for your time in this matter.

FILED IN
The Court of Appeals
Sixth District

APR 2 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Respectfully submitted

Randy Hofstetter
#0751864

Ms. Autrey                          4-13-15

I just got this letter back you can see that i sent it to you but the law library had sent my enevolep and all to the Court wrong court i pray i can still get a time extension Thank you



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

April 10, 2015

Randy Jay Hofstetter
#0751864
Tarrant County Jail
100 N Lamar St.
Fort Worth, TX 76196

    We are in receipt of your correspondence dated April 4, 2015. The document is directed to the Sixth Court of Appeals and we are not authorized to forward the document to that court. The paper you tendered is being returned to you, unfiled.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk